■ IRA J. GOLDMAN, as Assignee of GAMWIN ENTERPRISES, INC., Appellant, v STEPHEN A. WEINGRAD et al., Respondents. [643 NYS2d 343]

Defendants submitted documentary evidence establishing that plaintiff would be unable to establish any of the elements of a fraud cause of action (*see, Zaref v Berk & Michaels*, 192 AD2d 346, 348). The court's order imposing sanctions on plaintiff's attorney in this action, for pursuing frivolous litigation satisfied the requirements of 22 NYCRR 130-1.2. We decline to impose a further sanction. Concur—Milonas, J. P., Rosenberger, Wallach, Ross and Tom, JJ.